DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLTON D. COMFORT, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2571

[November 21, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472014CF000350A.

Carlton D. Comfort, Jr., Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***